1 | Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
2 | 332 N. Second Street
San Jose, CA 95112
3 | Telephone: (408) 271-6600
Facsimile: (408) 298-6046
4
5 | Attorneys for Plaintiff
Ronald Moore

6 | Michael J. F. Smith, SBN 109426
Michael J. F. Smith, A Professional Corporation
7 | 790 West Shaw Avenue, Suite 265
Fresno, CA 93704
8 | Telephone: (559) 229-3900
Facsimile: (559) 229-3903
9
Attorneys for Defendants
10 | F&M Restaurants, Inc., dba Rally's,
and Fred Eugene Howard
11

12 | Kimberly L. Mayhew, Esq. SBN199105
CASWELL BELL & HILLISON LLP
13 | 5200 North Palm Avenue, Suite 211
Fresno, CA 93704
14 | Telephone: (559) 225-6550
Facsimile: (559) 225-7912
15
Attorneys for Defendants
16 | Paynter Realty & Investments, Inc. and
Eastgate Center, LLC
17

18

19 | **THE UNITED STATES DISTRICT COURT**

20 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

21 | **RONALD DEAN MOORE,**   )   Case No. 1:09-CV-01930-LJO-DLB
                              )
22 |         **Plaintiff,**   )
                              )   **STIPULATION FOR CONTINUANCE**
23 |                          )   **OF CASE MANAGEMENT**
     v.                       )   **CONFERENCE**
24 |                          )
     **F&M RESTAURANTS, INC., et al.,** )
25 |                          )   Present Date: March 25, 2010
                              )   Time:          9:45 a.m.
26 |         **Defendants.**  )
                              )   Judge:    United States
27 |                          )   Magistrate Judge DENNIS L. BECK
                              )   Courtroom: 9
28

Stipulation for Continuance and Proposed          Moore v. F & M Restaurants, Inc. et al
Order  1

```
                                    )
_____     )
```

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Mandatory Scheduling Conference date of March 25, 2010 is vacated and that the Mandatory Scheduling Conference is continued to June 2, 2010 at 9:00 a.m.

IT IS FURTHER STIPULATED that the parties will have until May 26, 2010 to file their Joint Scheduling Report.

IT IS SO STIPULATED.

Dated:  March 22, 2010           **Michael J. F. Smith, A Professional Corporation**

                                 By:  /s/Michael J.F. Smith
                                 Michael J. F. Smith, Esq.
                                 Attorneys for Defendants
                                 F&M Restaurants, Inc., dba Rally's
                                 and Fred Eugene Howard


Dated:  March  22, 2010          **CASWELL BELL & HILLISON LLP**

                                 By:  /s/Kimberly L. Mayhew
                                 Kimberly L. Mayhew, Esq.
                                 Attorneys for Defendants
                                 Paynter Realty & Investments, Inc. and
                                 Eastgate Center, LLC


Dated:  March 19, 2010           **MOORE LAW FIRM, PC**

                                 By:   /s/Tanya Moore
                                 Tanya Moore, Esq.
                                 Attorney for Plaintiff Ronald Moore

IT IS SO ORDERED.

   Dated:  **March 23, 2010**                    /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE


Stipulation for Continuance and Proposed            Moore v. F & M Restaurants, Inc. et al
Order  2