1  Tanya Levinson Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Dean Moore

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10 | RONALD DEAN MOORE,                      | ) No. 1:09-CV-01930-LJO-DLB
11 |         Plaintiff,                      | )
12 |     vs.                                 | ) **STIPULATION FOR DISMISSAL; ORDER**
13 | F & M RESTAURANTS, INC., FRED           | )
14 | EUGENE HOWARD, dba RALLY'S              | ) Assigned to Magistrate Judge
   | PAYNTER REALTY &                        | ) Dennis L. Beck
15 | INVESTMENTS, INC. aka                   | ) Complaint filed: January 6, 2010
16 | EASTGATE CENTER, LLC                    | ) First Amended Complaint Filed :
   |                                         | ) February 12, 2010
17 |         Defendants.                     | )

18

19
        Plaintiff Ronald Moore, through his attorney, Tanya Levinson Moore,
20
   Moore Law Firm, P.C., San Jose, California, and Defendants PAYNTER
21
   REALTY & INVESTMENTS, INC., and EASTGATE CENTER, LLC through
22
   their attorneys, CASWELL BELL & HILLSON LLP, Fresno, California, and
23
   Defendants F & M RESTAURANTS, INC., and FRED EUGENE HOWARD
24
   through their attorneys, MICHAEL J. F. SMITH, A PROFESSIONAL
25
   CORPORATION, hereby stipulate that the above-captioned action shall be
26
   dismissed with prejudice.
27

28
   *Moore v. F & M Restaurant, Inc., et al*

   Stipulation for Dismissal

                                Page 1

Date: June 16, 2010                /s/Tanya Levinson Moore
                                   Attorney for Plaintiff

Date: June 16, 2010                MICHAEL J.F. SMITH ESQ,

                                   /s/Michael J.F. Smith, Esq.
                                   Michael J.F. Smith, Esq.
                                   Attorney for Defendants F & M Restaurants, Inc. and Fred Eugene Howard

Date: June 15, 2010                CASWELL BELL & HILLSON LLP

                                   /s/Kimberly L. Mayhew, Esq.
                                   Attorney for Defendants Paynter Realty & Investments, Inc. and Eastgate Centers. LLC

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   **June 16, 2010**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

*Moore v. F & M Restaurant, Inc., et al*

Stipulation for Dismissal